# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANN HIGER, M.D., | No. 2:18-CV-0542-MCE-DMC |
| Plaintiff, | |
| v. | ORDER |
| DONALD C. BYRD,[1] | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. The matter is currently set for an initial scheduling conference on September 26, 2018. A review of the record reflects that defendant was served on or about September 7, 2018. Because defendant's response to the complaint is not due until <u>after</u> the currently set scheduling conference date, the matter will be continued to November 28, 2018, at 10:00 a.m., in Redding, California. Pursuant to the court's March 19, 2018, order, scheduling conference statements are due by November 7, 2018.

IT IS SO ORDERED.

Dated: September 17, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Erroneously sued as "Robert C. Byrd."

1