# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANN HIGER, M.D., | No. 2:18-CV-0542-MCE-DMC |
| Plaintiff, | |
| v. | ORDER |
| DONALD C. BYRD,[1] | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. The initial scheduling conference currently set for November 28, 2018, before the undersigned in Redding, California, is hereby vacated pending resolution of defendant's motion to dismiss, which remains on calendar for hearing on November 28, 2018.

IT IS SO ORDERED.

Dated: October 11, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Erroneously sued as "Robert C. Byrd."

1