IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANN HIGER, M.D., | No. 2:18-CV-0542-DMC |
| Plaintiff, | |
| v. | ORDER |
| DONALD C. BYRD,[1] | |
| Defendant. | |

      Plaintiff, who is proceeding pro se, brings this civil action. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c). Plaintiff has filed a notice of voluntary dismissal. Because no answer or motion for summary judgment has been filed, leave of court is not required and the action is dismissed on plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

      IT IS SO ORDERED.

Dated: November 20, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1]     Erroneously sued as "Robert C. Byrd."

1